# Third District Court of Appeal

## State of Florida

Opinion filed November 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22- 427
Lower Tribunal Nos. 20-14794; 20-11953
_____

**Shoshanit Levy,**
Appellant,

vs.

**Boaz Levy,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Jason E. Dimitris, Judge.

Shoshanit Levy, in proper person.

Lorenzen Law, and Dirk Lorenzen, for appellee.

Before LOGUE, MILLER, and GORDO, JJ.

PER CURIAM.

In this non-final appeal arising from a divorce case, the wife appeals the denial of her motion to disqualify husband's counsel. In the order under review, the trial court found:

2.  The Renewed Motion and the argument and evidence presented at the hearing were unprofessional and unfair. The motion and the argument consisted of unsustained and unsupported ad hominem attacks against Husband's counsel premised on differing interpretations of statute and case law.

3.  There was a complete and total failure of proof of any of the allegations or claims set forth therein. The motion to disqualify was completely groundless and the allegations were unfounded.

Having carefully reviewed the briefs and record, we find no error in the trial court's findings or in its order denying the motion.

Affirmed.